IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRON LOMAX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1008-MJR-SCW |
| | ) |
| JOHN BALDWIN, | ) |
| KAREN JAIMET, | ) |
| CHRISTINE BROWN, | ) |
| MARSHA HILL, | ) |
| and COREY VAUGHN, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**REAGAN, Chief Judge:**

This is a prisoner civil rights lawsuit under 42 U.S.C. 1983 in which Tyron Lomax presents claims of deliberate indifference to his medical needs (in violation of the Eighth Amendment to the United States Constitution) and violations of two federal statutes (the Americans with Disabilities Act and the Rehabilitation Act). Now before the Court is Plaintiff Lomax's motion for preliminary injunction, filed on April 23, 2018 (Doc. 4), with briefs filed through November 28, 2018.

The Magistrate Judge assigned to the case (the Honorable Stephen C. Williams) has submitted a Report and Recommendation (Doc. 54, R&R). The thorough R&R recommends that the undersigned deny the motion for preliminary injunction. More specifically, Judge Williams recommends that the undersigned deny the motion as moot, as Plaintiff is currently receiving the care that he sought in his motion.

The R&R plainly stated that any objection must be *filed* by December 27, 2018. That date passed, with neither an objection nor a motion for extension of the objection deadline filed. Because no objection was lodged against the R&R, the undersigned need not conduct de novo review of the R&R. **28 U.S.C. 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** *Thomas v. Arn***, 474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.***, 170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.***, 797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** in its entirety Judge Williams' R&R (Doc. 54) and **DENIES** as moot Plaintiff's motion for preliminary injunction (Doc. 4).

IT IS SO ORDERED.

DATED January 2, 2019.

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge