# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRON LOMAX, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-CV-1008-SMY-GCS ) |
| JOHN BALDWIN, et al. | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 6), recommending this matter be dismissed for failure to prosecute (Doc. 62). No objections have been filed to the Report. For the following reasons, Judge Sison's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions that Plaintiff has failed to prosecute. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, this matter is **DISMISSED** with prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: November 19, 2019

**STACI M. YANDLE**
**United States District Judge**